In the Matter of the Transfer Tax upon the Estate of MARIA B. CHAPMAN, Deceased.

THE COMPTROLLER OF THE STATE OF NEW YORK, Appellant; EDWIN N. CHAPMAN et al., as Executors and Trustees Respondents.

*Matter of Chapman,* 138 App. Div. 923, affirmed.
(Argued September 27, 1910; decided October 11, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 9, 1910, which affirmed an order of the Kings County Surrogate's Court excluding from transfer taxation a trust fund given to the decedent for life, with testamentary power of appointment, and remainder over, subject to such power, to her issue.

*William W. Wingate* for appellant.

*James Allison Kelly* for respondents.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ. Dissenting: HISCOCK, J.